United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-11045-ref
Charles Boykins, Jr.                                                  Chapter 13
Kelly Ann Boykins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Apr 15, 2019
                              Form ID: 138NEW         Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
```
db/jdb         +Charles Boykins, Jr.,    Kelly Ann Boykins,    2727 John Street,    Easton, PA 18045-2614
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,
                 Dallas, TX  75261-9741)
13974516       +Bank Of America, N.A.,    Phelan Hallinan & Schmieg,    1617 John F. Kennedy Boulevard,
                 Suite 1400,    Philadelphia, PA 19103-1814
13243479       +Bby/cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13295723       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13243481       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13291419       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13251223       +First Commonwealth FCU,    P.O. Box 20450,    Lehigh Valley, PA 18002-0450
13243484       +First Commonwealth Fcu,    257 Brodhead Rd,    Bethlehem, PA 18017-8938
13243490        Michael R. Nesfeder, Esquire,    Fitzpatric Lentz & Bubba,    4001 Schoolhouse Lane, PO Box 219,
                 Center Valley, PA  18034-0219
13251724       +Nationstar Mortgage LLC,,    ANN E. SWARTZ,    McCabe, Wesberg & Conway, P.C.,
                 123 South Broad Street,    Suite 2080,    Philadelphia, PA 19109-1031
13498636        Nationstar Mortgage, LLC,    P.O. Box 619906,    Dallas, TX  75261-9741
13246077       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13243492       +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13243493       +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
14247274       +U.S. Bank Trust National Association,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13308832       +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 16 2019 02:46:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 16 2019 02:46:44     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2019 03:04:03     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13316492        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 16 2019 03:04:11
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13243480       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 16 2019 03:04:45      Cap1/boscv,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13284261       +E-mail/Text: bankruptcy@cavps.com Apr 16 2019 02:46:43     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13243482       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 16 2019 02:46:26     Comenity Bank/vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
13262375        E-mail/Text: mrdiscen@discover.com Apr 16 2019 02:46:19     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13243483       +E-mail/Text: mrdiscen@discover.com Apr 16 2019 02:46:19     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13243488        E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2019 03:04:03     Green Tree Servicing L,
                 332 Minnesota St Ste 610,    Saint Paul, MN  55101
13368223        E-mail/Text: bankruptcy.bnc@ditech.com Apr 16 2019 02:46:24     Green Tree Servicing LLC,
                 P O Box 6154,    Rapid City, SE  57709-6154
13243485       +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2019 03:03:29     Gecrb/mega Group Usa I,
                 Po Box 981439,    El Paso, TX 79998-1439
13243486       +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2019 03:04:02     Gecrb/oldnavydc,    Po Box 965005,
                 Orlando, FL 32896-5005
13243487       +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2019 03:04:03     Gecrb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13243489       +E-mail/Text: bncnotices@becket-lee.com Apr 16 2019 02:46:22     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13305049        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2019 03:04:05
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13282994        E-mail/Text: bnc-quantum@quantum3group.com Apr 16 2019 02:46:27
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13248278        E-mail/PDF: rmscedi@recoverycorp.com Apr 16 2019 03:03:30
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
```

```
District/off: 0313-4          User: Lisa                Page 2 of 2             Date Rcvd: Apr 15, 2019
                              Form ID: 138NEW           Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14257241          E-mail/Text: jennifer.chacon@spservicing.com Apr 16 2019 02:46:57
                   U.S. Bank Trust National Association, Et Al..,   c/o Select Portfolio Servicing, Inc.,
                   PO Box 65450,    Salt Lake City, UT 84165-0450
13243495          E-mail/Text: vci.bkcy@vwcredit.com Apr 16 2019 02:46:40      Volkswagon Credit, Inc,
                   1401 Franklin Blvd,   Libertyville, IL 60048
13243494         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 16 2019 02:46:17
                   Verizon Wireless,    P.O. Box 25505,   Lehigh Valley, PA 18002-5505
13243496         +E-mail/Text: vci.bkcy@vwcredit.com Apr 16 2019 02:46:40      Vw Credit Inc,   1401 Franklin Blvd,
                   Libertyville, IL 60048-4460
                                                                                             TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13300920*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                   PO Box 630267,   Irving, Texas 75063)
13243491*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage Ll,   350 Highland Dr,   Lewisville, TX  75067)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              DAVID W. TIDD    on behalf of Debtor Charles  Boykins, Jr. bankruptcy@davidtiddlaw.com
              DAVID W. TIDD    on behalf of Joint Debtor Kelly Ann Boykins bankruptcy@davidtiddlaw.com
              KARINA  VELTER    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank Trust National Association
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              PETER J. ASHCROFT    on behalf of Creditor    Greed Tree Servicing LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association
               bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Charles Boykins, Jr. and Kelly Ann
Boykins
        Debtor(s)                                Bankruptcy No: 14−11045−ref
                                                                         Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      400 Washington Street
                            Suite 300
                        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                    For The Court
                                                                          Timothy B. McGrath
                                                                           Clerk of Court

Dated: 4/15/19

                                                                                                                       50 − 49
                                                                                                Form 138_new