```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                             Case No. 14-11045-ref
Charles Boykins, Jr.                                               Chapter 13
Kelly Ann Boykins
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: admin              Page 1 of 2              Date Rcvd: May 03, 2019
                              Form ID: 3180W           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db/jdb         +Charles Boykins, Jr.,    Kelly Ann Boykins,    2727 John Street,    Easton, PA 18045-2614
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13295723       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13251223       +First Commonwealth FCU,    P.O. Box 20450,    Lehigh Valley, PA 18002-0450
13300920      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                 PO Box 630267,    Irving, Texas 75063)
13246077       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13308832       +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 04 2019 02:47:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 04 2019 02:48:01     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13316492        EDI: AIS.COM May 04 2019 06:38:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
13284261       +E-mail/Text: bankruptcy@cavps.com May 04 2019 02:47:57     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13291419       +EDI: CITICORP.COM May 04 2019 06:43:00     Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
13262375        EDI: DISCOVER.COM May 04 2019 06:43:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13368223        E-mail/Text: bankruptcy.bnc@ditech.com May 04 2019 02:47:16     Green Tree Servicing LLC,
                 P O Box 6154,    Rapid City, SE  57709-6154
13305049        EDI: PRA.COM May 04 2019 06:43:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13282994        EDI: Q3G.COM May 04 2019 06:38:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14257241        E-mail/Text: jennifer.chacon@spservicing.com May 04 2019 02:49:05
                 U.S. Bank Trust National Association, Et Al..,    c/o Select Portfolio Servicing, Inc.,
                 PO Box 65450,    Salt Lake City, UT 84165-0450
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: admin              Page 2 of 2                   Date Rcvd: May 03, 2019
                              Form ID: 3180W           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2019 at the address(es) listed below:

```
          ANN E. SWARTZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          DAVID W. TIDD    on behalf of Debtor Charles  Boykins, Jr. bankruptcy@davidtiddlaw.com
          DAVID W. TIDD    on behalf of Joint Debtor Kelly Ann Boykins bankruptcy@davidtiddlaw.com
          KARINA  VELTER    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank Trust National Association
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MARIO J. HANYON    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
          PETER J. ASHCROFT    on behalf of Creditor    Greed Tree Servicing LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Charles Boykins Jr.** | Social Security number or ITIN  **xxx–xx–3660** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kelly Ann Boykins** | Social Security number or ITIN  **xxx–xx–5261** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **14–11045–ref** | | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles Boykins Jr.                                           Kelly Ann Boykins

                                                              **By the court:**   Richard E. Fehling
<u>5/2/19</u>                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**